## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANIL AGARWAL, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | 8:03CV56 |
| SANDY DALAL, LTD, | ) ) | ORDER |
| Defendant/Counterclaim-Plaintiff. | ) ) | |
| vs. | ) ) | |
| ANIL AGARWAL, | ) ) | |
| Counterclaim-Defendant/Plaintiff, | ) ) | |
| and | ) ) | |
| RELIANT GLOBAL SERVICES, | ) ) | |
| Counterclaim-Defendant. | ) | |

This matter is before the court on the parties' oral motion to continue. After a telephone conference with counsel for the parties on November 28, 2005, and upon consideration the motion will be granted.

**IT IS ORDERED:**

1. The parties' oral motion to continue is granted.

2. The pretrial conference previously scheduled is hereby rescheduled to **February 3, 2006, at 10:00 a.m.** in the chambers of the undersigned magistrate judge, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

3. The trial of this matter is continued to **February 21, 2006,** in Omaha, Nebraska, before the Honorable Joseph F. Bataillon.

DATED this 30th day of November, 2005.

                                        BY THE COURT:

                                        s/Thomas D. Thalken
                                        United States Magistrate Judge