# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE | ) | GENERAL ORDER |
| | ) | |
| ASSIGNMENT OF CASES TO | ) | No. 2005-23 |
| THE HONORABLE KAREN E. SCHREIER | ) | |

With the concurrence of Chief Circuit Judge James B. Loken, United States District Judges Joseph F. Bataillon, Laurie Smith Camp, and Karen E. Schreier,

IT IS ORDERED:

1. Effective immediately, the following cases are reassigned from Judge Bataillon to Judge Schreier for the purposes of trial:

    8:03CV56    Agarwal v. Sandy Dalal
    8:03CV327   Hill Brothers Transportation v. Owner Operator Resources, et al.
    8:03CV527   Benchmark Homes v. Legacy Home Builders, et al.
    8:04CV334   Westbrook v. City of Omaha, et al.

2. Effective immediately, the following case is reassigned from Judge Smith Camp to Judge Schreier for the purposes of trial:

    8:05CV82    USA v. $40,430.00 in United States Currency

3. The magistrate judge assignments will remain unchanged.

4. The above cases will be called for trial in the Special Proceedings Courtroom in the Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska during the week of **February 21, 2006.**

DATED 29th day of December, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
Chief Judge