## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANIL AGARWAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:03CV56 |
| vs. ) | |
| ) | ORDER |
| SANDY DALAL, LTD, ) | |
| ) | |
| Defendant/Counterclaim-Plaintiff. ) | |
| ) | |
| vs. ) | |
| ) | |
| ANIL AGARWAL, ) | |
| ) | |
| Counterclaim-Defendant/Plaintiff, ) | |
| ) | |
| and ) | |
| ) | |
| RELIANT GLOBAL SERVICES, ) | |
| ) | |
| Counterclaim-Defendant. ) | |

This matter is before the court on the defendant/counterclaim-plaintiff's motion for a continuance of the pretrial conference (Filing No. 88). The motion will be granted.

**IT IS ORDERED:**

1. The defendant/counterclaim-plaintiff's motion for a continuance of the pretrial conference (Filing No. 88) is granted.

2. The pretrial conference in this matter is scheduled for **February 10, 2006, at 2:00 p.m.**

DATED this 31st day of January, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge