UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANIL AGARWAL, | ) | 8:03CV56 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SANDY DALAL, LTD, | ) | |
| | ) | ORDER GRANTING |
| Defendant/ | ) | MOTION TO WITHDRAW |
| Counterclaim-Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ANIL AGARWAL, | ) | |
| | ) | |
| Counterclaim-Defendant/ | ) | |
| Plaintiff | ) | |
| | ) | |
| and | ) | |
| | ) | |
| RELIANT GLOBAL SERVICES, | ) | |
| | ) | |
| Counterclaim-Defendant. | ) | |

Angela Probasco moves the court for an order granting her leave to withdraw as counsel for defendant/counterclaim-plaintiff, Sandy Dalal, Ltd. Good cause appearing, it is hereby

ORDERED that the motion to withdraw (Docket 112) is granted.

Dated September 29, 2006.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE