UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANIL AGARWAL, | ) | 8:03CV56 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SANDY DALAL, LTD, | ) | |
| | ) | **ORDER SCHEDULING** |
| Defendant/ | ) | **HEARING** |
| Counterclaim-Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ANIL AGARWAL, | ) | |
| | ) | |
| Counterclaim-Defendant/ | ) | |
| Plaintiff | ) | |
| | ) | |
| and | ) | |
| | ) | |
| RELIANT GLOBAL SERVICES, | ) | |
| | ) | |
| Counterclaim-Defendant. | ) | |

Pending before the court is a motion to amend judgment (Docket 110). It is hereby

ORDERED that a hearing will be held on the pending motion to amend judgment on **Thursday, February 15, 2007, at 1:30 p.m.** at the Special Proceedings Courtroom in the Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Upon your arrival to the building, please confirm the room number with the Clerk of Court in case of a room change.

IT IS FURTHER ORDERED that simultaneous briefs on this matter are due on or before **February 5, 2007**.

Dated January 16, 2007.

>BY THE COURT:
>
>/s/ *Karen E. Schreier*
>KAREN E. SCHREIER
>UNITED STATES DISTRICT JUDGE