UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| ANIL AGARWAL,<br><br>      Plaintiff,<br><br>  vs.<br><br>SANDY DALAL, LTD,<br><br>      Defendant/<br>      Counterclaim-Plaintiff,<br><br>  vs.<br><br>ANIL AGARWAL,<br><br>      Counterclaim-Defendant/<br>      Plaintiff<br><br>and<br><br>RELIANT GLOBAL SERVICES,<br><br>      Counterclaim-Defendant. | 8:03CV56<br><br>**ORDER SCHEDULING<br>TELEPHONIC HEARING** |

Pending before the court is a motion to amend judgment (Docket 110). It is hereby

ORDERED that a telephonic hearing will be held on the pending motion to amend judgment on **Thursday, March 8, 2007, at 10 a.m. CST (9 a.m. MST)**. The court will initiate the call.

IT IS FURTHER ORDERED that plaintiff shall file his brief on the issue by **Monday, March 5, 2007.**

Dated February 26, 2007.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE