UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANIL AGARWAL, | ) | 8:03CV56 |
|     Plaintiff, | ) ) ) | |
|  vs. | ) ) | |
| SANDY DALAL, LTD, | ) ) | **ORDER** |
|     Defendant/ Counterclaim-Plaintiff, | ) ) ) | |
|  vs. | ) ) | |
| ANIL AGARWAL, | ) ) | |
|     Counterclaim-Defendant/ Plaintiff | ) ) ) | |
| and | ) ) | |
| RELIANT GLOBAL SERVICES, | ) ) | |
|     Counterclaim-Defendant. | ) | |

Pending before the court is a motion to amend judgment. A telephonic hearing on the motion scheduled for March 8, 2007, was canceled because the parties notified the court that the parties had reached a settlement. Therefore, it is hereby

ORDERED that the motion to amend judgment (Docket 110) is denied as moot. No further action is pending before the court and this case is closed.

Dated March 27, 2007.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE